IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PARWINDER KAUR,<br><br>    Petitioner<br><br>vs.<br><br>REBECCA ADDUCCI, Direct of Detroit Field Office, U.S. Immigration and Customs Enforcement;<br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; and PAMELA BONDI, Attorney General of the U.S., in their official capacities,<br><br>    Respondents. | CASE NO. 4:25-cv-2679<br><br>DISTRICT JUDGE<br>CHRISTOPHER A. BOYKO<br><br>MAGISTRATE JUDGE<br>JAMES E. GRIMES JR.<br><br>**ORDER** |

On December 17, 2025, the Court ordered the parties to take certain actions. *See* Doc. 6. The parties have not complied with the Court's order. Counsel for the parties will appear for a hearing at 10:00 a.m. on Monday, January 5, 2026, in Courtroom 11A of the Carl B. Stokes Courthouse, 801 West Superior Avenue, Cleveland, Ohio, 44113. During the hearing, counsel should be prepared to discuss why neither Petitioner nor Respondents have followed the Court's order and how the Court should proceed. Petitioner's counsel should be prepared to discuss whether Petitioner has complied with Federal Rule of Civil Procedure 4(i).

Petitioner's application for entry of default, Doc. 8, is denied. *See Allen v. Perini*, 424 F.2d 134, 138 (6th Cir.1970); *see also Gray v. Reilly*, 208 F.3d 213 (Table), 2000 WL 302983, at *2 (6th Cir. 2000).

IT IS SO ORDERED.

Dated: December 30, 2025

*/s/James E. Grimes Jr.*
James E. Grimes Jr.
U.S. Magistrate Judge
